

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY  10007

ZACHARY W. CARTER
*Corporation Counsel*

**Ben Kuruvilla**
*Special Federal Litigation*
(212) 356-3513
(212) 788-9776 (fax)
bkuruvil@law.nyc.gov

September 21, 2015

**Via ECF**
Hon. Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Omar Cumberland v. New York City, et al.,
       1:15-cv-1920-BMC

Dear Judge Cogan:

I am a senior counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for the defendants The City of New York, Carlos Eagleton and Dwayne Cockburn in this action.  As the Court is aware, defendants previously wrote to the Court to obtain an Order to transfer plaintiff, who is currently incarcerated at Washington Correctional Facility in Comstock, New York, to Sing Sing Correctional Facility ("Sing Sing") for his deposition on September 22, 2015.  The Court granted the request and endorsed the Order on September 9, 2015.  See Docket #17.

This morning, plaintiff's counsel received a call from the Department of Correction advising that plaintiff cannot be produced at Sing Sing tomorrow due to security concerns.  However, plaintiff's counsel was advised that plaintiff can be transferred to Downstate Correctional Facility in Fishkill, New York for a deposition tomorrow.  DOC advised that it requires an expedited Court Order to transfer plaintiff from Washington Correctional Facility to Downstate Correctional Facility for tomorrow's deposition.  In light of the above, I am writing with plaintiff's consent to respectfully request that the Court sign the attached proposed Order permitting defendants to take plaintiff's deposition on September 22, 2015 at Downstate Correctional Facility.

Honorable Judge Brian M. Cogan
Omar Cumberland v. New York City, et al.
September 21, 2015
Page 2

       I thank the Court for its time and consideration of this request.

                                  Respectfully submitted,

                                  */s/ Ben Kuruvilla*

                                  Ben Kuruvilla

cc:    Amy Rameau, Esq.          **By ECF**
       *Attorneys for Plaintiff*